UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  11-CR-1394-DMS |
|---|---|
| Plaintiff, | |
| v. | |
| ROSALVA VICENTA SAUCEDA (5), | **JUDGMENT AND ORDER DISMISSING COMPLAINT AND INDICTMENT AND RECALLING ARREST WARRANTS** |
| GREGORIO ROBLES TACHIQUIN (6), | |
| JOSE ANTONIO HERNANDEZ (9), | |
| Defendant. | |

ORDER

Upon motion of the United States of America, and good cause appearing, IT IS HEREBY ORDERED that the Complaint and Indictment against Rosalva Sauceda, Jose Antonio Hernandez, and Gregorio Robles Tachiquin, in the above captioned case, are dismissed without prejudice, and the corresponding arrest warrants are recalled.

Dated: February 20, 2014

HON. DANA M. SABRAW
United States District Court Judge